**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>Packard's Farm, Inc.</u>, Plaintiff

                      V.        CIVIL ACTION NO. <u>1:15-cv-13542-MLW</u>

<u>New Hampshire Insurance Co.</u>  Defendant

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

To Judge Bowler

[ ]    The parties reported this case as settled prior to the mediation

**[X]**    **On  5/17/2017 I held the following ADR proceeding:**

        _____   SCREENING CONFERENCE   _____ EARLY NEUTRAL EVALUATION

        \_\_X\_\_   MEDIATION  _____ SUMMARY BENCH / JURY TRIAL  _____ MINI-TRIAL

        _____ SETTLEMENT CONFERENCE

        All parties were represented by counsel [except _____]

        The parties  were / were not  present in person or by authorized corporate officer [except _____].

        The case was:

**[X ]**    **This case Settled. A 60 day settlement order may issue.**

[ ]    This case did not settle and should be restored to your trial list.

[ ]    There was progress but this case should be restored to your trial list.

[ ]    Parties do not wish to mediate. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:


<u>5/17/2017</u>                                                EDWARD F. HARRINGTON, SDJ
DATE                                                    ADR Provider