UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PACKARD'S FARM, INC., )  C.A. No. 15-13542-MLW
    Plaintiff(s), )
     )
v. )
     )
NEW HAMPSHIRE INSURANCE CO., )
    Defendant(s). )

## SETTLEMENT ORDER OF DISMISSAL

WOLF, D.J.

The Court having been advised, on May 17, 2017, that the action has settled:

It is hereby ORDERED that this action is hereby DISMISSED without prejudice to reconsideration and possible reopening if within 60 days of this Order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

If no such motion is filed within 60 days of this Order, the case may only be reopened upon a meritorious motion pursuant to Fed. R. Civ. P. 60. See Pratt v. Philbrock, 109 F.3d 18 (1st Cir. 1997).

                By the Court:
                Robert Farrell, Clerk

8/1/2017                 /s/ Christine Bono
                              Courtroom Deputy Clerk